ance of a public service of which they have availed themselves and of which they stand in need."

The orders of the commission are affirmed.

## Milk Control Commission *v.* Lykens Dairy, Inc., Appellant.

Argued April 9, 1956. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and CARR, JJ.

152

*Willis F. Daniels,* with him *Harold W. Swope, Donn L. Snyder* and *Daniels & Swope,* for appellant.

*Stephen B. Narin,* Deputy Attorney General, with him *Herbert B. Cohen,* Attorney General, for appellee.

OPINION PER CURIAM, July 17, 1956:
Order affirmed on the opinion of Judge WALTER R. SOHN, at cost of appellant.

Weaverling *v.* Smith et ux., Appellants.